```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 27838
   MARCEL M KINNEY SR
   LATRESE D KINNEY                                 CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-1939      SSN XXX-XX-9977

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/16/2008 and was not confirmed.

     The case was dismissed without confirmation 01/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
BANK OF AMERICA            CURRENT MORTG         .00           .00          .00
WACHOVIA DEALER SERVICES   SECURED VEHIC     8031.00           .00          .00
WACHOVIA DEALER SERVICES   UNSECURED          438.36           .00          .00
WACHOVIA DEALER SERVICES   SECURED VEHIC     5872.00           .00          .00
WACHOVIA DEALER SERVICES   UNSECURED          250.50           .00          .00
IL STATE DISBURSEMENT UN   DSO ARREARS           .00           .00          .00
ACC                        UNSECURED         NOT FILED         .00          .00
ADVANCE HEALTH CARE        UNSECURED         NOT FILED         .00          .00
ASSET ACCEPTANCE LLC       UNSECURED          181.63           .00          .00
AT&T                       UNSECURED         NOT FILED         .00          .00
DR LEON GOMBIS             UNSECURED         NOT FILED         .00          .00
EMERGENCY MEDICAL SPECIA   UNSECURED         NOT FILED         .00          .00
CITY OF CHICAGO DEPT OF    UNSECURED         5880.00           .00          .00
COMMONWEALTH EDISON        UNSECURED          744.17           .00          .00
FOURSCORE RESOURCE CAPIT   UNSECURED         1661.51           .00          .00
IL ENERGY SAVINGS          UNSECURED         NOT FILED         .00          .00
COMCAST                    UNSECURED         NOT FILED         .00          .00
LAKESIDE RADIOLOGISTS      UNSECURED         NOT FILED         .00          .00
CITY OF BLUE ISLAND        UNSECURED         NOT FILED         .00          .00
CITY OF BLUE ISLAND        UNSECURED         NOT FILED         .00          .00
PREMIER BANKCARD           UNSECURED          128.27           .00          .00
PEOPLES GAS                UNSECURED         NOT FILED         .00          .00
HARRIS                     UNSECURED         NOT FILED         .00          .00
NMPRG                      UNSECURED         NOT FILED         .00          .00
CENTRAL HIGGINS DENTAL G   UNSECURED         NOT FILED         .00          .00
EVERGREEN MEDICAL SPECIA   UNSECURED         NOT FILED         .00          .00
TRINITY HOSPITAL           UNSECURED         NOT FILED         .00          .00
COMED                      UNSECURED         NOT FILED         .00          .00
NORTHWESTERN MEMORIAL HO   NOTICE ONLY       NOT FILED         .00          .00
PATRICE DUGAS              UNSECURED         NOT FILED         .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED         4704.16           .00          .00
TCF                        UNSECURED         NOT FILED         .00          .00
SIGMA HEALT PC             UNSECURED         NOT FILED         .00          .00
US DEPT OF EDUCATION       UNSECURED        56861.74           .00          .00
INGALLS MEMORIAL HOSPITA   UNSECURED         NOT FILED         .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 27838 MARCEL M KINNEY SR & LATRESE D KINNEY
```

```
BANK OF AMERICA          MORTGAGE ARRE   14211.00              .00              .00
BANK OF AMERICA NA       MORTGAGE NOTI  NOT FILED              .00              .00
B-REAL LLC               UNSECURED         408.15              .00              .00
PRA RECEIVABLES MGMT     UNSECURED         920.15              .00              .00
PRA RECEIVABLES MGMT     UNSECURED         238.83              .00              .00
PRA RECEIVABLES MGMT     UNSECURED         486.46              .00              .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,459.00                               .00
TOM VAUGHN               TRUSTEE                                                .00
DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
 ------------------------------------------------------------------------
 TRUSTEE                      .00

 PRIORITY                                            .00
 SECURED                                             .00
 UNSECURED                                           .00
 ADMINISTRATIVE                                      .00
 TRUSTEE COMPENSATION                                .00
 DEBTOR REFUND                                       .00
                         ---------------     ---------------
 TOTALS                       .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE